# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-4179

———————————————

ARTHUR JAMES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

July 9, 2019

PER CURIAM.

DENIED. *See Knight v. State*, 267 So. 3d 38 (Fla. 1st DCA 2018), *review granted*, No. SC18-309 (Fla. June 25, 2018).

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Arthur James, pro se, Petitioner.

Ashley Moody, Attorney General, and Trisha Meggs Pate, Tallahassee Bureau Chief, Criminal Appeals, Tallahassee, for Respondent.